FILED

2019 NOV -6 PM 2: 47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

DAMEON ADCOCK

CASE NO. 2:19-CR-181-FtM-60NPM

18 U.S.C. § 1623(a)

## INDICTMENT

The Grand Jury charges:

### Background

At all times relevant to this Indictment:

1. The defendant, DAMEON ADCOCK, resided in Roxboro, North Carolina.

2. Craig Austin Lang ("Lang") was an associate of the defendant's who visited the defendant in Roxboro, North Carolina, in or about August 2018.

3. M.M. was an associate of Lang's who visited the defendant with Lang in Roxboro, North Carolina, in or about August 2018.

4. A federal criminal investigation, led by the Federal Bureau of Investigation, was ongoing in the Middle District of Florida concerning Lang's activities throughout 2018 and potential violations of federal criminal law.

5. One focus of the investigation was whether Lang, M.M., and others transferred or sold firearms to the defendant, or otherwise provided the defendant

money or anything of value, in exchange for the defendant's personal identifying information.

6. As part of the investigation, the defendant was interviewed by federal law enforcement agents in Roxboro, North Carolina, on or about July 2, 2019.

7. As part of the investigation, several witnesses, including but not limited to the defendant, were subpoenaed to testify before a federal Grand Jury in the Middle District of Florida, Ft. Myers Division, to provide testimony about their knowledge, relationship, and involvement with Lang and other associates.

8. On or about July 31, 2019, the defendant testified under oath before a federal Grand Jury in Ft. Myers, Florida.

9. On or about August 8, 2019, a federal search warrant, issued in the Eastern District of North Carolina, was executed at the defendant's residence in Roxboro, North Carolina, during which investigators obtained evidence material to the defendant's July 31, 2019, Grand Jury testimony, as well as other evidence.

## COUNT ONE
### (False Declarations Before Grand Jury)

On or about July 31, 2019, in the Middle District of Florida, the defendant,

DAMEON ADCOCK,

while under oath and testifying in a proceeding before a Grand Jury of the United States, knowingly made a false material declaration when he stated:

(1) that he only received cash from Lang and M.M. to pay for a

      hotel room;

(2) that he was not provided any other money by Lang or M.M.;

(3) that he did not possess a firearm, other than a shotgun kept at a residence, since the time he came into contact with Lang and M.M.; and

(4) that he did not sell his identity to Lang,

when in truth and in fact, and as the defendant well knew, he did receive cash and firearms from Lang and M.M.; Lang and M.M. did provide him additional money other than the money supplied for the hotel room; he did possess firearms provided to him by Lang and M.M.; and he did sell his identity to Lang.

Specifically, the defendant falsely testified before the Grand Jury as follows:

. . .

Q. **Is it your testimony here today that you never received any firearms from either Mr. Lang or Mr. M[]?**

A. **Never received anything from them except for the cash to pay for the hotel.**

. . .

Q. **Other than the money that you indicated was to purchase the several days of stay at this hotel, were you provided any other money either by Mr. Lang or Mr. M[]?**

A. **No, sir.**

. . .

Q. **Other than the shotgun that is kept at another residence you have no possession or have had no possession of a firearm since the time you came into contact with Mr. Lang and Mr. M[]?**

A. **That's correct.**

3

. . .

Q. **Mr. Adcock, did you sell your identity to Mr. Lang?**

A. **No sir.**

All in violation of Title 18, United States Code, Section 1623(a).

A TRUE BILL,

*/s/ Pamela Wrongli*
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Jesus M. Casas*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

By: */s/ Jesus M. Casas for*
Josephine W. Thomas
Assistant United States Attorney
Chief, Criminal Division

FORM OBD-34
November 19

No. 

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

DAMEON ADCOCK

**INDICTMENT**

Violations: 18 U.S.C. § 1623(a)

A true bill,

_____
Foreperson

Filed in open court this 6th day

of November, 2019.

_____
Clerk

Bail $_____

GPO 863 525