UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                  CASE NO: 2:19-cr-181-FtM-60NPM

DAMEON ADCOCK

| **JUDGE** | Thomas P. Barber | **COUNSEL FOR GOVERNMENT** | JESUS M. CASAS |
|---|---|---|---|
| **DEPUTY CLERK** | Shelley Giauque | **COUNSEL FOR DEFENDANT** | ALBERT LEVIN |
| **COURT REPORTER** | Jeff Thomas | **PRETRIAL/PROBATION** | No Officer Present |
| **DATE** | January 27, 2020 | **Interpreter** | n/a |

## Status Conference

Start time: 1:47 PM

Mr. Casas notes that the defendant resides in the Eastern District of North Carolina. Counsel will be seeking removal of the case to North Carolina.

Court continues the jury trial to March 2, 2020 and sets a status conference for February 20, 2020. No objections by counsel.

The Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until the end of the March 2020 trial term shall be excludable time.

End time: 1:48 PM